**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-CR-80063-DMM**

**UNITED STATES OF AMERICA,**

vs.

**MICHAEL DOLCE,**

      **Defendant.**
_____/

**NOTICE OF APPEARANCE**

The undersigned Assistant United States Attorney, Daren Grove, hereby appears as counsel for the United States of America regarding any forfeiture issues in the above-styled case.

Respectfully submitted,

**MARKENZY LAPOINTE**
**UNITED STATES ATTORNEY**

By:    *s/ Daren Grove*
       Daren Grove
       Assistant United States Attorney
       Court ID No. A5501243
       500 E. Broward Boulevard, Suite 822
       Fort Lauderdale, Florida 33394
       Telephone: (954) 660-5774
       E-mail: daren.grove@usdoj.gov