

David F. Baron
Jon M. Herskowitz
*Also admitted in Colorado
And Washington, D.C.*
Stuart F. Cohen

*Of Counsel*
Jack Herskowitz
Karen B. Bernstein
Lori Friedman

December 6, 2023

FILED BY __cob__ D.C.

DEC 11 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

Hon. Donald M. Middlebrooks
Paul G. Rogers Federal Building and U.S. Courthouse
701 Clematis Street
Room 257
West Palm Beach, Fl. 334013

Re: *United States v. Michael Dolce,* 23-CR-80063

Your Honor,

I have been involved in the prosecution of sexual abuse cases for the entirety of my 34 years in practice. Initially as an Assistant State Attorney under Janet Reno and then as a civil practitioner.

I first met Michael Dolce in a sexual abuse case in which we shared interests involving an institutional defendant. I was immediately impressed and awed by Michael because of his candor in discussing his history as a survivor and then in his passion to seek a justiciable remedy for the victim. He went above and beyond and did not relent when discussing settlement nor was deterred by the tough legal issues or the defendants threatening trial.

We spoke a lot and discussed our backgrounds growing up. I would discuss often that my mother was a social worker assisting victims of domestic and sexual abuse for over 35 years in New York City and what she taught me. I knew of Michael's "demons." I knew he still struggled with them. He would often talk about the difficulty survivors and himself face in life. He was always forthright and never hid his struggles.

I was upset but not shocked when I heard Michael was arrested and the crime charged. I am well aware that victims of childhood sexual abuse are struggle with child pornography or other inappropriate actions as if they feel they need to punish themselves by reliving their childhood trauma.

Michael assisted, stood up for, and related to victims of terrible sex crimes. He stood out and assisted countless victims not only in litigation but in sharing his life and letting them know they were not alone and could live productive and successful lives.

It's been many years since I practiced in the criminal area and I'm not sure how much latitude this Court has with the sentencing guidelines, but I believe that the system and hopefully this Court will recognize what Michael has contributed to other victims of childhood sexual abuse and his potential to continue to do so. Michael need not be a lawyer to continue assisting abuse victims, but he cannot do that behind bars. I know he still wants to assist, wants to get the appropriate treatment (finally) for his trauma (which he cannot receive in jail), and continue to live a productive life for his family, friends, clients, and other victims.

I hope that the Court considers what Michael has accomplished and what he can accomplish and weighs those factors when deciding the appropriate punishment.

Very Truly Yours,

Jon M. Herskowitz, Esquire

JMH/j

Jon M. Herskowitz, Esquire
Baron & Herskowitz P.A.
9100 S. Dadeland Blvd.
Suite 1704
Miami, Florida 33156

MIAMI FL 330

7 DEC 2023 PM 2  L



US POSTAGE
FIRST CLASS
$0.63
026W0004897093
2000236208
ZIP 33156
DEC 06 2023

Hon. Donald M. Middlebrooks
Paul G. Rogers Fed. Building & U.S. Courthouse
701 Clematis Street
Room 257
West Palm Beach, Fl. 334013

33401-511357