UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:23-CR-80063-DMM

UNITED STATES OF AMERICA,
        Plaintiff,

vs.

MICHAEL THOMAS DOLCE,
        Defendant.       /

**CERTIFICATE OF COMPLIANCE RE ADMITTED EVIDENCE**

I, Leonard Feuer, as counsel for the Defendant, Michael Dolce, hereby certify the following:

Check the applicable sections:

[X]  ALL EXHIBITS E-FILED: All documentary exhibits and photographs of non-documentary physical exhibits offered or introduced into evidence have been electronically filed in CM/ECF, except for those listed below.

[X] EXHIBITS NOT E-FILED: The following is an itemized list of exhibits that are exempt from mandatory electronic filing pursuant to Local Rule 5.3(b)(3):

Ex. 1 – Psychological Evaluation – Filed In Court Under Seal

Any original exhibits that have been returned to or retained by the filing party after electronic filing shall be kept for safe keeping until the conclusion of any appeals.  Upon order of court, the filing party agrees to return the original exhibits to the Clerk of Court.

This Certificate shall be filed within ten (10) days of the conclusion of a hearing or trial.  Failure to timely comply with the requirements of Local Rule 5.3(b) may result in the imposition of sanctions.

Signature:  ____/s/ Leonard Feuer_____  Date:  ____12/19/2023_____